TONY PERPIGNAN, Appellant, v FIRST FRANKLIN FINANCIAL CORP., Respondent. [929 NYS2d 882]—

The plaintiff seeks the discharge of his obligation under a promissory note, on the ground that the note was materially

altered after he executed it. However, the plaintiff failed to allege any manner in which the note was materially altered (*see* UCC 3-407, 3-202; *cf. National Union Fire Ins. Co. of Pittsburgh, Pa. v Allen*, 232 AD2d 80, 85-86 [1997]; *NAB Asset Venture III v Stanley Simon Diamonds, Inc.*, 236 AD2d 291 [1997]; *Modern Indus. Bank v Woodman*, 263 App Div 1019, 1020 [1942]). Therefore, the Supreme Court properly granted the defendant's motion to dismiss the complaint for failure to state a cause of action. Skelos, J.P., Eng, Austin and Miller, JJ., concur.